# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHADWICK FABIAN VILLAMOR, | Case No.: 2:24-cv-00940-APG-NJFK |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Defendant Adam Solinger** |
| v. | |
| OFFICER J. METCALFE, et al., | [ECF No. 16] |
| Defendants | |

On November 21, 2024, Magistrate Judge Koppe recommended that I dismiss plaintiff Chadwick Villamor's claims against defendant Adam Solinger because the claims against Solinger are unrelated to the other claims in the complaint and so are improperly joined in this case. ECF No. 16 at 2-3.  Villamor did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 16) is accepted and plaintiff Chadwick Villamor's claims against defendant Adam Solinger are dismissed without prejudice.

DATED this 12th day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE