**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHADWICK FABIAN VILLAMOR,<br><br>　　　　Plaintiff<br><br>v.<br><br>OFFICER J. METCALFE, et al.,<br><br>　　　　Defendants | Case No.: 2:24-cv-00940-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Without Prejudice Defendants Bookman, Manzanedo, Campos, and Gillum**<br><br>[ECF No. 21] |

　　　　On December 31, 2024, Magistrate Judge Koppe recommended that I dismiss without prejudice plaintiff Chadwick Villamor's search and seizure claim against defendants Bookman, Manzanedo, Campos, and Gillum because by Villamor's own allegations, the police officers had probable cause. ECF No. 21 at 3-4.  Villamor did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　　　I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 21) is accepted**, and plaintiff Chadwick Villamor's search and seizure claim against defendants Bookman, Manzanedo, Campos, and Gillum is dismissed without prejudice.  The excessive force claim against defendants Metcalfe and Ketring remains pending. *See* ECF Nos. 12 at 2; 21 at 2 n.1.

　　　　DATED this 17th day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE